UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
TINA DIAZ

Debtor
SSN XXX-XX-1364

CASE NO. 07 B 11021

CHAPTER 13

JUDGE: JACQUELINE P COX

# TRUSTEE'S FINAL REPORT AND ACCOUNT

The case was filed on 06/20/2007 and was not confirmed.

The case was converted to chapter 7 without confirmation 07/13/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL | SECURED VEHIC | 2675.00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 2806.69 | .00 | .00 |
| CITIFINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BLITT & GAINES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 831.00 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHILDREN PLACE | UNSECURED | NOT FILED | .00 | .00 |
| CHARMING SHOPPES FASHION | UNSECURED | 807.76 | .00 | .00 |
| GEMB GAP | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| HEMATOLOGY ONCOLOGY ASS | NOTICE ONLY | NOT FILED | .00 | .00 |
| HEMATOLOGY ONCOLOGY ASSO | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JOHN W LAUDE MD | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS DEPT ST | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED RTL/MARSHALL F | UNSECURED | 514.05 | .00 | .00 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL/WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAM'S CLUB | NOTICE ONLY | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 1139.11 | .00 | .00 |
| MEYER & NJUS | NOTICE ONLY | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 155.08 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 319.89 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                             ---------------   ---------------
TOTALS                                  .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/16/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 11021 TINA DIAZ